J-A15028-26

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT O.P. 65.37**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| v. | : | |
| HUNG SUN | : | |
| Appellant | : | No. 97 MDA 2026 |

Appeal from the Judgment of Sentence Entered January 7, 2026
In the Court of Common Pleas of York County Criminal Division at No(s):
CP-67-SA-0000332-2025

BEFORE:  KUNSELMAN, J., LANE, J., and FORD ELLIOTT, P.J.E.[*]

CONCURRING STATEMENT BY KUNSELMAN, J.:    **FILED: JUNE 16, 2026**

Like my colleagues, I disapprove of the substantial defects in the Appellant's brief and find dismissal of the appeal is proper.  I write separately to note that, if we were to reach the merits of this appeal, I would affirm Appellant's summary conviction on the basis of the well-reasoned trial court opinion.  Like the trial court, I would find that displaying a vehicle license plate upside down, is illegible, as a matter of law because an upside-down plate is not capable of being read as displayed; the numbers and letters are not readily viewed in the proper orientation for which we read.  To find otherwise would be an absurd result, and thus, not how the General Assembly intended for us to interpret the relevant statute and corresponding Code.

_____

[*] Retired Senior Judge assigned to the Superior Court.